Dismissed and Memorandum Opinion filed January 15, 2009












Dismissed
and Memorandum Opinion filed January 15, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00747-CV

____________

 

MUNIFE D. SILVA, Appellant

 

V.

 

SECTION SIX, HOMEOWNERS ASSOCIATION, INC., Appellee

 





 

On Appeal from County
Civil Court at Law No. 1

Harris
County, Texas

Trial Court Cause
No. 904682

 





 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 30, 2008.  On January 5, 2009,
appellant filed a motion to dismiss the appeal because
the case has settled.   See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.